rari denied. *Henry P. Fielding,* Assistant Attorney General of Massachusetts, and *Richard Wait* for petitioners. *Charles B. Rugg* for respondents. Briefs of *amici curiae* supporting the petition were filed by *Timothy J. Donovan* and *John P. Clair* for the Department of Banks of Massachusetts; and *Fred N. Oliver* and *M. F. McCarthy* for the National Association of Mutual Savings Banks.

No. 370. TISNEROS *v.* CHICAGO & NORTH WESTERN RAILWAY CO. C. A. 7th Cir. Certiorari denied. *William C. Wines* for petitioner. *Lowell Hastings* and *Drennan J. Slater* for respondent.

No. 377. OYSTER SHELL PRODUCTS CORP., INC. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *John E. Jackson* and *George Link, Jr.* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General McInerney* and *Roger P. Marquis* for the United States.

No. 4, Misc. GRASS *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied. Petitioner *pro se. Ivan A. Elliott,* Attorney General of Illinois, for respondent.

No. 87, Misc. ROLLAND *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied. Petitioner *pro se. Frank G. Millard,* Attorney General of Michigan, *Edmund E. Shepherd,* Solicitor General, and *Daniel J. O'Hara,* Assistant Attorney General, for respondent.

No. 99, Misc. DUNCAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Wm. Schley Howard* for peti-